IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT COOKEVILLE

| | |
|---|---|
| ELIZABETH CORBIN, | ) |
| Plaintiff, | ) Civil Action No.: 2:21-cv-00042 |
| vs. | ) |
| HAPPY HEARTS HOMECARE, LLC, and KIMBERLY D. PAPPAS, INDIVIDUALLY, | ) Judges: Crenshaw/Newbern |
| | ) JURY DEMAND |
| Defendants. | ) |

## Order

Plaintiff Elizabeth Corbin ("Plaintiff") filed this case pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et. seq.*, on October 19, 2021. [Doc. 1] On November 2, 2022, the parties filed a Joint Motion for Approval of Settlement and Dismissal of Case Without Prejudice. [Doc. 45]. Pursuant to the Settlement Agreement [Doc. 45-1], Defendants Happy Hearts Home Care, LLC and Kimberly D. Pappas agree to pay Plaintiff $25,000 as "full and complete satisfaction of Plaintiff's claim for overtime and liquidated damages." [*Id*. at 2]. This $25,000 sum represents $5,500.00 in unpaid wages, $5,500.00 in liquidated damages on the same, $3,700.00 in costs, and $10,300.00 in attorneys' fees. [*Id*.]. In exchange, Plaintiff agrees to release her claim against Defendants. [*Id*. at 4].

In reviewing an FLSA settlement, courts must determine whether the settlement is a "fair and reasonable resolution of a *bona fide* dispute over FLSA provisions." *Gowey v. True Grip & Lighting, Inc.*, 3:19-cv-45, U.S. LEXIS 131457, at *2 (E.D. Tenn. July 15, 2021) (citing *Lynn's Food Store, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982)) (citations partially omitted). Additionally, the Court must determine if the award of attorneys' fees to Plaintiff's counsel and costs to Plaintiff are "reasonable under the circumstances."

After a review of the Settlement Agreement and the attached Declaration of Counsel, the Court FINDS that the proposed settlement of $5,500.00 in unpaid wages, and $5,500.00 in liquidated damages is a fair and reasonable resolution of a *bona fide* dispute. The Court further FINDS that pursuant to the lodestar method, the attorneys' fees of $10,700.00 and costs of $3,700.00 are reasonable and appropriate under the circumstances. Accordingly, the parties' Joint Motion for Approval of Settlement and Dismissal of the Case Without Prejudice [Doc. 45] is GRANTED and the parties' Settlement Agreement [Doc. 45-1] as attached to the parties' Motion is hereby APPROVED. The action is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to CLOSE this case.

An appropriate judgment will enter.

So ordered.

ENTER:

UNITED STATES DISTRICT JUDGE

Page 2

Case 2:21-cv-00042   Document 46   Filed 11/03/22   Page 2 of 2 PageID #: 180