UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ELIZABETH CORBIN, | ) |
| Plaintiff, | ) Civil Action No.: 2:21-cv-00042 |
| vs. | ) |
| HAPPY HEARTS HOMECARE, LLC, and KIMBERLY D. PAPPAS, INDIVIDUALLY, | ) |
| Defendants. | ) |

# ORDER

This is a case under the Fair Labor Standard Act. The parties have filed a Joint Motion for Approval of Settlement and Dismissal of Case Without Prejudice. (Doc. No. 45). Pursuant to the Settlement Agreement (Doc. No. 45-1), Defendants Happy Hearts Home Care, LLC and Kimberly D. Pappas agree to pay Plaintiff $25,000 as "full and complete satisfaction of Plaintiff's claim for overtime and liquidated damages." (*Id*. at 2). This $25,000 sum represents $5,500.00 in unpaid wages, $5,500.00 in liquidated damages on the same, $3,700.00 in costs, and $10,300.00 in attorneys' fees. (*Id*.) In exchange, Plaintiff agrees to release her claim against Defendants. (*Id*. at 4).

The Court finds that the Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute. Additionally, the Court finds the award of attorneys' fees of $10,300.00 and costs of $3,700.00 is reasonable.

Accordingly, the Joint Motion for Approval of Settlement and Dismissal of the Case Without Prejudice (Doc. No. 45) is **GRANTED** and the parties' Settlement Agreement (Doc. No. 45-1) is hereby APPROVED.

The action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is DIRECTED to CLOSE this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE